UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SETH HARLAN MIMBS, | Case No. 2:21-cv-00493-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| GEORGE JAIME, Warden, | |
| Respondent. | |

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: September 09, 2021

_____

JOHN D. EARLY
United States Magistrate Judge